UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE PIERCE,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC., *et al.*<br><br>    Defendants. | Case No. 1:23-cv-01480-JLT-CDB<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF JEFFREY SEGUINE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41<br><br>(Doc. 8)<br><br><u>Clerk of Court to Update Docket</u> |

On or about August 9, 2023, Plaintiff Jeanette Pierce filed a complaint against Defendants Home Depot U.S.A., Inc., Crown Lift Trucks, Crown Equipment Corporation, and Jeffrey Seguine ("Seguine") in the Superior Court of the State of California, County of Kern. (Doc. 1). On October 16, 2023, Defendant Crown Equipment Corporation removed the action to this Court. (Doc. 1).

On October 23, 2023, Defendant Seguine filed a motion to dismiss Plaintiff's claims against him with prejudice. (Doc. 7). The next day, Plaintiff and Seguine filed a stipulation of dismissal as to all claims and causes of actions against Seguine without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a "plaintiff may dismiss an action without a court order by filing [either] (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or (ii) a stipulation of dismissal signed by

all parties who have appeared." Fed. R. Civ. P. 41(a)(1). Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999)

Here, Plaintiff and Defendant Seguine frame their filing as a "stipulation of dismissal." Even though the stipulation is not signed by all the parties who have appeared in the action, the Court acknowledges that counsel who signed the stipulation on Defendant Seguine's behalf represents all other Defendants. In all events, because Defendant Seguine has not served either an answer or a motion for summary judgment, Plaintiff retains the inalienable right to notice his dismissal without consent of the party to be dismissed (Seguine).

Accordingly, this action is terminated by operation of law only as to Defendant Seguine without prejudice, with each party bearing that party's own attorney's fees and costs, without further order from the Court.

The Clerk of Court is DIRECTED to terminate Defendant Seguine only.

Further, the Clerk of Court is DIRECTED to terminate Defendant Seguine's motion to dismiss (Doc. 7) as the motion is rendered MOOT by Defendant Seguine's dismissal.

IT IS SO ORDERED.

Dated:   **October 30, 2023**

UNITED STATES MAGISTRATE JUDGE