UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE PIERCE,<br><br>        Plaintiff,<br><br>    v.<br><br>HOME DEPOT., *et al*.<br><br>        Defendants. | Case No. 1:23-cv-01480-JLT-CDB<br><br>ORDER EXTENDING TIME FOR PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(Doc. 14) |

      On January 5, 2024, Plaintiff Jeanette Pierce ("Plaintiff") filed a notice of settlement. (Doc. 12). On January 8, 2024, the Court vacated all case management dates and directed the parties to file dispositional documents by no later than January 29, 2024. (Doc. 13). On January 23, 2024, the parties filed a joint status report noting that Plaintiff is waiting for final liens from Medicare and Blue Cross and requests an extension of 120 days. (Doc. 14).

      In light of the parties' representations, the Court shall grant the parties 45 days to file an appropriate stipulation for dismissal. Although the parties request a 120-day extension, good cause for that length of time extending the Court's jurisdiction in this settled matter is not evident from the parties' filings.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file dispositional documents no later than March 11, 2024.

IT IS SO ORDERED.

Dated: __**January 25, 2024**__                    _____
UNITED STATES MAGISTRATE JUDGE