1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11    JEANETTE PIERCE,                         Case No. 1:23-cv-01480-JLT-CDB

12                    Plaintiff,               ORDER ON STIPULATION EXTENDING
                                               TIME FOR PARTIES TO FILE
13            v.                               DISPOSITIONAL DOCUMENTS

14    HOME DEPOT., *et al*.                    (Doc. 16)

15                    Defendants.

16

17          On January 5, 2024, Plaintiff Jeanette Pierce ("Plaintiff")  a notice of settlement.  (Doc.

18    12).[1]

19          On January 8, 2024, the Court vacated all case management dates and directed the parties

20    to file dispositional documents by no later than January 29, 2024.  (Doc. 13).  Pending before the

21    Court is the parties' second joint status report requesting an extension of time to file dispositional

22    documents.  (Doc. 16).  In light of the parties' representations, the Court shall grant the parties 60

23    days to file an appropriate stipulation for dismissal.

24          Accordingly, for good cause shown, IT IS HEREBY ORDERED that parties shall file

25

26          [1] The notice of settlement is signed by counsel for Plaintiff, counsel for Defendant Home
      Depot, and counsel for "Defendant Jeffrey Seguine." (Doc. 12 at 2).  Defendant Seguine was
27    dismissed from this action on the parties' stipulation on October 30, 2023.  (Doc. 9).  Any
      dispositional documents filed in this action shall make clear whether Defendants Crown Lift
28    Trucks and Crown Equipment Corp. join in disposing of the action.

dispositional documents no later than May 10, 2024.

IT IS SO ORDERED.

Dated:   **March 5, 2024**

UNITED STATES MAGISTRATE JUDGE